*FILED*

2005 APR -1  A II: 22

US DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

GOODRICH CORPORATION      :
     Plaintiff,           :

                       :

     vs.                 :

                       :

BONDED TECHNOLOGY, INC.; XBTI,   :     CIVIL ACTION NO.:
INC.; ROBERT C. MILLER; MIDDLESEX :     303 CV 0112 CFD
INDUSTRIAL DEVELOPMENT
CORPORATION; NEWBOND, INC.;      :
ROBERT E. MILLER; LIGHTBODY    :
TECHNOLOGY, INC.            :
     Defendants.            :

                          FEBRUARY 15, 2005

### NOTICE TO ROBERT C. MILLER
### OF JUDGMENT LIEN UPON REAL PROPERTY

Pursuant to Section 52-351a of the Connecticut General Statutes, you are hereby

given notice that the original of the attached Judgment Lien has been placed on your real

property located at 14 Alcap Road, Cromwell, Connecticut 06416, by filing such Lien on

the Land Records of the Town of Cromwell, Connecticut on February 15, 2005.

Dated at Hartford, Connecticut this 15th day of February, 2005.

Eric Lukingbeal, CT 05965
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103
(860) 275-8200
Fax:  (860) 275-8299
Email:  elukingbeal@rc.com

Of counsel:
Michael L. Hardy (Ohio Bar No. 0011717)
Keely J. O'Bryan (Ohio Bar No. 0071438)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114
(216) 566-5500

## **CERTIFICATION**

This is to certify that a copy of the foregoing was served via certified mail, return receipt requested, on the 15th day of February, 2005 to:

> Robert C. Miller
> 14 Alcap Road
> Cromwell, CT  06416

_____
Eric Lukingbeal

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GOODRICH CORPORATION          :
    Plaintiff,               :
                              :
    vs.                       :
                              :
BONDED TECHNOLOGY, INC.; XBTI,  :    CIVIL ACTION NO.:
INC.; ROBERT C. MILLER; MIDDLESEX :  303 CV 0112 ~~CFD~~ (GLG)
INDUSTRIAL DEVELOPMENT         :
CORPORATION; NEWBOND, INC.;    :
ROBERT E. MILLER; LIGHTBODY    :
TECHNOLOGY, INC.               :
    Defendants.             :
                              :    FEBRUARY 15, 2005

## JUDGMENT LIEN

This is to certify that the Plaintiff, Goodrich Corporation ("Goodrich") of Charlotte, North Carolina, in the above-captioned action obtained a judgment against the Defendant, Robert C. Miller, with the last known address of 26 High Field Lane, Madison, Connecticut 06443.

A judgment in this matter was entered on October 9, 2003 by the United States District Court, in the original principal amount of $228,461.08 which judgment remains wholly unsatisfied. To secure said unsatisfied sums, and the lawful interest thereon, a judgment lien in favor of said Goodrich, is hereby placed upon the following described real estate of said defendant situated in the Town of Cromwell, County of Middlesex and

I, DARLENE A. DIPROTO TOWN CLERK OF SAID CROMWELL AND CUSTODIAN OF THE RECORDS AND SEAL THEREOF, HEREBY CERTIFY THAT THE FOREGOING _Judgment Lien_ IS A TRUE AND CORRECT COPY FROM VOLUME _1012_ , PAGE _266_ RECORDED _Feb. 15_ _2005_ AT _9:30_ (AM)/PM IN THE CROMWELL LAND RECORDS.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF MY OFFICE THIS _15_ DAY OF _Feb._ _2005_

ATTEST: _Darlene A. DiProto_
TOWN CLERK, CROMWELL, CT

State of Connecticut.  The property hereby liened is located at 14 Alcap Ridge Road, Cromwell, Connecticut  06416.

Eric Lukingbeal, CT 05965
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103
(860) 275-8200
Fax: (860) 275-8299
Email:  elukingbeal@rc.com

Of counsel:
Michael L. Hardy (Ohio Bar No. 0011717)
Keely J. O'Bryan (Ohio Bar No. 0071438)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114
(216) 566-5500

Recorded Feb 15, 2005
9:30 AM/PM   Darlene A. DiReto
Cromwell Town Clerk

- 2 -